UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE SEARCH
OF
basement area of Asia Spa Massage –
located at 690 Netherfield St., NW,
Comstock Park, MI (“Asia Spa Massage,”
a.k.a. ““Asian Massage 690” Case No. 1:26-mj-497
_______________________________________/

**NOTICE OF APPEARANCE**

The undersigned counsel enters their appearance for the United States of America in the above matter.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: November 10, 2026

_______________________
AUSTIN J. HAKES
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404